**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF VIRGINIA**

Case number (if known): _____

Chapter you are filing under:

☐ Chapter 7
☑ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/22**

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Robert**<br>First Name<br><br>**Glenn**<br>Middle Name<br><br>**Landis**<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and "doing business as" names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) | _____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>First Name<br><br>_____<br>Middle Name<br><br>_____<br>Last Name<br><br>_____<br>Business name (if applicable)<br><br>_____<br>Business name (if applicable) |

Debtor 1   **Robert Glenn Landis** _____   Case number (if known) _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**3.   Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

**xxx – xx – 9  9  7  3**

OR

**9xx – xx – ____  ____  ____  ____**

**xxx – xx – ____  ____  ____  ____**

OR

**9xx – xx – ____  ____  ____  ____**

**4.   Your Employer Identification Number (EIN), if any.**

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ – ___ ___ ___ ___ ___ ___ ___
EIN

**5.   Where you live**

**124 Woodys Place**
Number      Street

_____

_____

**Winchester            VA      22602**
City                          State     ZIP Code

**Frederick**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                          State     ZIP Code

If Debtor 2 lives at a different address:

_____
Number      Street

_____

_____

_____
City                          State     ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number      Street

_____
P.O. Box

_____
City                          State     ZIP Code

**6.   Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:     Tell the Court About Your Bankruptcy Case**

**7.   The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1    **Robert Glenn Landis** _____    Case number (if known) _____

| 8. | How you will pay the fee | ☑ | **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

| 9. | Have you filed for bankruptcy within the last 8 years? | ☑ No |
| | | ☐ Yes. |

District _____    When _____    Case number _____
                                         MM / DD / YYYY

District _____    When _____    Case number _____
                                         MM / DD / YYYY

District _____    When _____    Case number _____
                                         MM / DD / YYYY

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☑ No |
| | | ☐ Yes. |

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                         MM / DD / YYYY    if known _____

Debtor _____    Relationship to you _____

District _____    When _____    Case number,
                                         MM / DD / YYYY    if known _____

| 11. | Do you rent your residence? | ☑ No.    Go to line 12. |
| | | ☐ Yes.    Has your landlord obtained an eviction judgment against you? |

☐ No. Go to line 12.

☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Robert Glenn Landis**                                    Case number (if known) _____

---

**Part 3:**  **Report About Any Businesses You Own as a Sole Proprietor**

---

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

_____
Number      Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
City                               State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines.  If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☑ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

**Part 4:**  **Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety?  Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard? _____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                        Number      Street

_____

_____
City                               State        ZIP Code

Debtor 1    **Robert Glenn Landis** _____    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Robert Glenn Landis** _____    Case number (if known) _____

---

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.
☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☑ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1      **Robert Glenn Landis** _____      Case number (if known) _____

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ Robert Glenn Landis** _____      X _____
   Robert Glenn Landis, Debtor 1                        Signature of Debtor 2

Executed on **03/05/2024** _____                    Executed on _____
         MM / DD / YYYY                                 MM / DD / YYYY

Debtor 1    **Robert Glenn Landis** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X **/s/ David Cox for Cox Law Group, PLLC** _____    Date **03/05/2024** _____
Signature of Attorney for Debtor                                        MM / DD / YYYY

**David Cox for Cox Law Group, PLLC** _____
Printed name

**Cox Law Group, PLLC** _____
Firm Name

**900 Lakeside Drive** _____
Number        Street

_____

_____

**Lynchburg** _____    **VA**    **24501-3602** _____
City                                State    ZIP Code

Contact phone   **(434) 845-2600** _____    Email address _____

**38670** _____    _____
Bar number                        State

**Fill in this information to identify your case:**

Debtor 1   __Robert__   __Glenn__   __Landis__
First Name   Middle Name   Last Name

Debtor 2
(Spouse, if filing)  First Name   Middle Name   Last Name

United States Bankruptcy Court for the:  __WESTERN DISTRICT OF VIRGINIA__

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 104

**For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders**  **12/15**

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   **List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

|  |  |  | Unsecured claim |
|---|---|---|---|

**1**   **U.S. Small Business Administration**
Creditor's name
**PO Box 740192**
Number   Street

_____

**Atlanta**   **GA**   **30374**
City   State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   __Guaranty__   $539,719.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
                Value of security – _____
                Unsecured claim: _____

**2**   **Wells Fargo Commerical Distribution**
Creditor's name
**Finance, LLC**
Number   Street
**10 South Wacker Drive**

**Chicago**   **IL**   **60606**
City   State   ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?   __Judgment__   $292,777.00
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
                Value of security – _____
                Unsecured claim: _____

Debtor 1    **Robert Glenn Landis** _____    Case number (if known) _____

|  |  | Unsecured claim |
|---|---|---|

**3**    **FC Marketplace, LLC**
Creditor's name

**707 17th St #2200**
Number        Street

_____

**Denver**          **CO**      **80202**
City            State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    __guaranty__    **$262,131.00**

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.  Total claim (secured and unsecured): _____
          Value of security    —    _____
          Unsecured claim:          _____

---

**4**    **Ernest Smith**
Creditor's name

**PO Box 952**
Number        Street

_____

**Broadway**      **VA**      **22815**
City            State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    __Guaranty__    **$229,607.00**

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.  Total claim (secured and unsecured): _____
          Value of security    —    _____
          Unsecured claim:          _____

---

**5**    **Ernest Smith**
Creditor's name

**PO Box 952**
Number        Street

_____

**Broadway**      **VA**      **22815**
City            State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    __Guaranty__    **$172,205.00**

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.  Total claim (secured and unsecured): _____
          Value of security    —    _____
          Unsecured claim:          _____

---

**6**    **Queen Funding**
Creditor's name

**77 Water Street**
Number        Street

_____

**New York**      **NY**      **10005**
City            State        ZIP Code

_____
Contact

_____
Contact phone

What is the nature of the claim?    __Guaranty__    **$149,000.00**

As of the date you file, the claim is:    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes.  Total claim (secured and unsecured): _____
          Value of security    —    _____
          Unsecured claim:          _____

Debtor 1    **Robert Glenn Landis**        Case number (if known) _____

| | | | Unsecured claim |
|---|---|---|---|

**7**   **Northpoint Commercial Finance**
Creditor's name

**225 Broadhollow Road, Suite 150**
Number      Street

_____

**Melville**      **NY**    **11747-4822**
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Guaranty**          **$67,856.00**

**As of the date you file, the claim is:**    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security    − _____
  - Unsecured claim: _____

---

**8**   **Ernest Smith**
Creditor's name

**PO Box 952**
Number      Street

_____

**Broadway**      **VA**    **22815**
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Guaranty**          **$58,974.00**

**As of the date you file, the claim is:**    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security    − _____
  - Unsecured claim: _____

---

**9**   **On Deck Capital, Inc.**
Creditor's name

**901 N Stuart St, Suite 700**
Number      Street

_____

**Arlington**      **VA**    **22203**
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Guaranty**          **$47,407.00**

**As of the date you file, the claim is:**    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security    − _____
  - Unsecured claim: _____

---

**10**   **National Fruit Product Company, Inc.**
Creditor's name

**701 Fairmont Ave**
Number      Street

_____

**Winchester**      **VA**    **22601**
City        State     ZIP Code

_____
Contact

_____
Contact phone

**What is the nature of the claim?**    **Disputes Guaranty**          **$46,455.00**

**As of the date you file, the claim is:**    Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): _____
  - Value of security    − _____
  - Unsecured claim: _____

Debtor 1    **Robert Glenn Landis** _____    Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**11**  **JP Morgan Chase**
Creditor's name
**PO Box 24696**
Number        Street
_____

**Columbus        OH      43224**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**        **$36,410.00**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
Value of security                        −  _____
Unsecured claim:                           _____

---

**12**  **Chase Card Services**
Creditor's name
**Attn: Bankruptcy**
Number        Street
**P.O. 15298**

**Wilmington      DE      19850**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**        **$36,409.00**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
Value of security                        −  _____
Unsecured claim:                           _____

---

**13**  **Credit Control, LLC**
Creditor's name
**3300 Rider Trail S Suite 500**
Number        Street
_____

**Earth City      MO      63045**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**        **$19,471.63**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
Value of security                        −  _____
Unsecured claim:                           _____

---

**14**  **Estate of Carey W. Brincefield**
Creditor's name
**16809 Norbrook Drive**
Number        Street
_____

**Olney            MD      20832**
City        State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Disputes Guaranty**        **$15,000.00**

As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured):    _____
Value of security                        −  _____
Unsecured claim:                           _____

Debtor 1    **Robert Glenn Landis** _____    Case number (if known) _____

| | | Unsecured claim |
|---|---|---|

**15**   **Wells Fargo Bank NA**
Creditor's name
**Attn: Bankruptcy**
Number          Street
**1 Home Campus MAC X2303-01A 3rd F**

**Des Moines**       **IA**      **50328**
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**          **$14,613.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
               Value of security                    − _____
               Unsecured claim:                      _____

---

**16**   **Internal Revenue Service\*\*\***
Creditor's name
**P O Box 7346**
Number          Street

**Philadelphia**     **PA**     **19101**
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Federal Income Taxes**      **$13,417.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
               Value of security                    − _____
               Unsecured claim:                      _____

---

**17**   **Wells Fargo Small Business Lending**
Creditor's name
**MAC N9777-01B**
Number          Street
**PO Box 5511**

**Sioux Falls**      **SD**     **57117**
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**          **$10,157.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
               Value of security                    − _____
               Unsecured claim:                      _____

---

**18**   **Capital One**
Creditor's name
**Attn: Bankruptcy**
Number          Street
**PO Box 30285**

**Salt Lake City**     **UT**     **84130**
City              State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Charge Account**        **$8,550.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes.  Total claim (secured and unsecured): _____
               Value of security                    − _____
               Unsecured claim:                      _____

Debtor 1    **Robert Glenn Landis**    Case number (if known) _____

| | | | | Unsecured claim |
|---|---|---|---|---|

**19**  **Discover Financial**  
Creditor's name  
**Attn: Bankruptcy**  
Number        Street  
**PO Box 3025**

**New Albany**        **OH**    **43054**  
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**        **$8,413.00**

As of the date you file, the claim is:    Check all that apply.

☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☒ None of the above apply

Does the creditor have a lien on your property?

☒ No  
☐ Yes.  Total claim (secured and unsecured): _____  
      Value of security: — _____  
      Unsecured claim: _____

**20**  **Winchester Medical Center**  
Creditor's name  
**n/k/a Valley Health**  
Number        Street  
**1840 Amherst St.**

**Winchester**        **VA**    **22601**  
City            State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Collection**        **$7,738.00**

As of the date you file, the claim is:    Check all that apply.

☐ Contingent  
☐ Unliquidated  
☒ Disputed  
☐ None of the above apply

Does the creditor have a lien on your property?

☒ No  
☐ Yes.  Total claim (secured and unsecured): _____  
      Value of security: — _____  
      Unsecured claim: _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Robert Glenn Landis**  
Robert Glenn Landis, Debtor 1

Date **03/05/2024**  
MM / DD / YYYY

X _____  
Signature of Debtor 2

Date _____  
MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

IN RE:   **Robert Glenn Landis**                                        CASE NO

                                                                        CHAPTER    **11**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  3/5/2024 _____          Signature   **/s/ Robert Glenn Landis** _____
                                                            ***Robert Glenn Landis***



Date _____                Signature _____

118 Dowell J LLC
177 Dairy Place
Winchester VA 22602


177 Dairy Corner LLC
177 Dairy Place
Winchester VA 22602


189 Dairy Corner LLC
177 Dairy Place
Winchester VA 22602


Amur Equipment Finance, Inc.
304 W. 3rd Street
PO Box 2555
Grand Island, NE 68801


Apex Cardmember Servic
150 3rd Ave South
Nashville, TN 37201


Bank of America, N.A. ***
Legal Order Processing
PO Box 15047
Wilmington, DE19850-5047


Barclays Bank
PO Box 8833
Wilmington, DE 19899


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Credit Control Corporation
Attn: Bankruptcy
PO Box 120570
Newport News, VA 23612


Credit Control, LLC
3300 Rider Trail S Suite 500
Earth City, MO 63045


Dairy Corner LLC
177 Dairy Place
Winchester VA 22602


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


Ernest Smith
PO Box 952
Broadway, VA  22815


Estate of Carey W. Brincefield
16809 Norbrook Drive
Olney, MD 20832


FC Marketplace, LLC
707 17th St #2200
Denver, CO 80202


FC Marketplace, LLC
Friedman, Framme & Thrush, PA
10461 Mill run Circle, Suite 550
Owings Mills, MD 21117


Forest Recovery Services, LLC
PO Box 1580
Clover SC 29710-4580

Frederick County Treasurers Office
C, William Orndoff, Jr., MGT
107 North Kent Street
Winchester, VA 22601


Idea Financial
200 SE 1st St, #200
Miami, FL 33131


Internal Revenue Service***
P O Box 7346
Philadelphia, PA 19101


JP Morgan Chase
PO Box 24696
Columbus, OH 43224


Lendmark Financial Ser
2118 Usher St.
Covington, GA 30014


Lendspark
2554 Gateway Rd
Carlsbad, CA 92009


LightspeedDMS, LLC
c/o CST Co.
PO Box 33127
Louisville, KY 40232-3127


LightspeedDMS, LLC
214 North Admiral Byrd Road, Suite, 150
Salt Lake City, UT 84116


Maxx Powersport LLC
207 Dairy Corner Place
Winchester, VA 22602

National Fruit Product Company, Inc.
701 Fairmont Ave
Winchester, VA 22601


Northpoint Commercial Finance
225 Broadhollow Road, Suite 150
Melville, NY 11747-4822


Ocwen Loan Servicing, LLC
Attn: Bankruptcy
1661 Worthington Rd, Ste 100
West Palm Beach, FL 33409


On Deck Capital, Inc.
901 N Stuart St, Suite 700
Arlington, VA 22203


On Deck Capital, Inc.
c/o Aubrey Thrasher, LLC
1170 Peachtree Street NE, Suite 1925
Atlanta, GA 30309


PHH Mortgage Services
PO Box 24738
West Palm Beach, FL 33416


Pnc Bank National Association
PO Box 5570`
Cleveland, OH 44101-0570


Queen Funding
77 Water Street
New York, NY 10005


Specialized Loan Servicing LLC
Attn: Bankruptcy
P.O. Box 630147
Littleton, CO 80163

```
TSI
500 Virginia Drive, Ste. 514
Fort Washington, PA 19034
```

```
U.S. Small Business Administration
PO Box 740192
Atlanta, GA 30374
```

```
U.S. Small Business Administration
200 W. Santa Ana Blvd., Ste 740
Santa Ana, CA 92701
```

```
Va Department Of Taxation*
Attn: Bankruptcy
P O Box 2156
Richmond, VA 23218-0000
```

```
Wells Fargo Bank NA
Attn: Bankruptcy
1 Home Campus MAC X2303-01A 3rd Floor
Des Moines, IA 50328
```

```
Wells Fargo Bank, N.A.
c/o Brock & Scott, PLLC
1315 Westbrook Plaza Drive
Winston-Salem, NC 27103
```

```
Wells Fargo Commercial Distribution Fin
c/o Gross, Romanick, Dean & DeSimone, PC
3975 University Drive, Ste 410
Fairfax, VA 22030
```

```
Wells Fargo Commerical Distribution
Finance, LLC
10 South Wacker Drive
Chicago, IL 60606
```

```
Wells Fargo Small Business Lending
MAC N9777-01B
PO Box 5511
Sioux Falls, SD 57117
```

```
Winchester Medical Center
n/k/a Valley Health
1840 Amherst St.
Winchester, VA 22601
```